UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                             18-CR-379 (AMD)

JOHN DOE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Meredith A. Arfa from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Meredith A. Arfa
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel: (718) 254-6025
    Fax: (718) 254-6321
    Email: meredith.arfa@usdoj.gov

In addition, the Clerk of the Court respectfully is requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Meredith A. Arfa at the email address set forth above.

Dated:    Brooklyn, New York
           June 10, 2022

                                              Respectfully submitted,

                                              BREON PEACE
                                              United States Attorney

                                  By:    /s/ Meredith A. Arfa
                                              Meredith A. Arfa
                                              Assistant U.S. Attorney

cc:      Clerk of the Court (AMD)